UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

JABREAL HASAN,

                PLAINTIFF,

    VS.

PS BUSINESS MANAGEMENT LLC,
ABNER MONEGRO, AND TING TU.,

                DEFENDANTS.

―――――――――――――――――――――――――――――

[PROPOSED] JUDGMENT

1:25-CV-1632

HON. Judge Jesse M. Furman
United States District Judge

    Defendants, PS Business Management LLC, Abner Monegro, and Ting Tu, offered to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Jabreal Hasan in the amount of $500.00, inclusive of all attorney's fees, costs, disbursements, prejudgment interest, or any additional sums entitled to Plaintiff, in complete resolution of Plaintiff's claims; and Plaintiff has filed Notice of Acceptance of the Offer of Judgment.

    Accordingly, the Court hereby enters judgment in favor of Plaintiff, Jabreal Hasan, against Defendants, PS Business Management LLC, Abner Monegro, and Ting Tu, in the total amount of $500.00, with no award of attorney's fees, costs, disbursements, prejudgment interest, or any other additional sums, in full and complete resolution of Plaintiff's claims.

Dated:    September 3____, 2025
             New York, New York

                                          Hon. Jesse Furman
                                          United States District Judge

All conferences are canceled. All motions are moot. The Clerk of Court is directed to close the case.

                                                        SO ORDERED.